17843.   MORRIS, trustee, etc., *v.* ROBINSON.

BROYLES, C. J.  The verdict was amply authorized by the evidence, and none of the grounds of the motion for a new trial require another hearing of the case.

*Judgment affirmed.*  *Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 12, 1927.

Trover; from Fulton superior court — Judge E. D. Thomas. November 4, 1926.

*M. C. Few,* for plaintiff in error.

*Underwood & Haas, E. Smyth Gambrell,* contra.

Appeal and Error, 4 C. J. p. 852, n. 56.